**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JANITA H.,

      Plaintiff,        21 **CIVIL** 5199 (GRJ)

   -v-            **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated January 17, 2023, Plaintiff's Motion for Judgment on the Pleadings is GRANTED; the Commissioner's Motion for Judgment on the Pleadings is DENIED; and this case is REMANDED for further administrative proceedings consistent with the Decision and Order; accordingly, the case is closed.

**Dated:** New York, New York
    January 17, 2023

                **RUBY J. KRAJICK**

              _____
                **Clerk of Court**

       **BY:**  K. Mango

              _____
                **Deputy Clerk**